IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVIS COX,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, and WELL PATH MEDICAL PROVIDERS,<br><br>Defendants. | 8:23CV297<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. On August 17, 2023, the Clerk of the Court sent an order to Plaintiff at his last known address. Filing No. 8. On August 28, 2023, the order was returned indicating Plaintiff was no longer housed at his last known address at Douglas County Correctional Center. See Filing No. 9.

Plaintiff has an obligation to keep the Court informed of his current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days).

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2 The Clerk of the Court is directed to send a copy of this Memorandum and Order to both Plaintiff's last known address listed in the Complaint, Filing No 1, and to the

following address, which is Plaintiff's current location according to the Nebraska Department of Correctional Services website:[1]

>   Travis Cox, DCS ID#212271
>   Reception & Treatment Center
>   PO Box 22800
>   Lincoln, NE 68542-2800

3. Due to Plaintiff's apparent institutional transfer, the Court sua sponte extends the deadline to comply with the Court's Order requiring him to pay his initial filing fee no later than September 18, 2023, Filing No. 8, to 30 days from the date of this Order. The Clerk of the Court is directed to send a copy of Filing No. 8 to Plaintiff at the Reception & Treatment Center and to the appropriate official at the Reception & Treatment Center.

4. The Clerk of the Court is further directed to remove the prior case management deadline of **September 18, 2023**: initial partial filing fee payment due, and to set a pro se case management deadline in this case using the following text: **September 29, 2023**: initial partial filing fee payment due and check for address.

Dated this 30th day of August, 2023.

>   BY THE COURT:
>
>   Joseph F. Bataillon
>   Senior United States District Court

---

[1] *See* Nebraska Department of Correctional Services, *Incarceration Records by name*, https://dcs-inmatesearch.ne.gov/Corrections/InmateSearchServlet (last visited Aug. 30, 2023).