IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVIS COX,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, and WELL PATH MEDICAL PROVIDERS,<br><br>Defendants. | 8:23CV297<br><br>**MEMORANDUM AND ORDER** |

On August 17, 2023, the Court granted Plaintiff's motion seeking leave to proceed IFP and ordered him to pay an initial partial filing fee in the amount of $44.99 by September 18, 2023 (the "IFP Order"). *See* Filing No. 8. On August 30, 2023, after receiving notice of Plaintiff's institutional transfer and change of address, Filing No. 10, the Court sua sponte extended the deadline to pay the initial partial filing fee to September 29, 2023. Filing No. 11.

On September 20, 2023, Plaintiff sought an extension of the deadline to pay his initial partial filing fee (the "Motion to Extend"), Filing No. 13, which the Court granted, extending the deadline to pay to November 1, 2023, Filing No. 14.

After receiving no payment of the initial partial filing fee or any motion to extend time in which to do so, the Court issued an order to show cause on November 20, 2023, ordering Plaintiff to show cause by December 20, 2023, why the case should not be

dismissed for failure to pay the initial partial filing fee as previously ordered. Filing No. 15. To date, Plaintiff has not paid the filing fee, or taken any other action in this matter, and the December 20, 2023, deadline to do so has passed.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with orders of this Court. The Court will enter judgment by a separate document.

Dated this 23rd day of January, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court